IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  14-cv-00388-RBJ | Date: September 16, 2014 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| ROANNE MILLER | *Elisabeth L. Owen* |
| | *Bradley A. Levin* |
| **Plaintiff(s)** | |
| v. | |
| ALLIED PROFESSIONALS INSURANCE COMPANY | *Rick A. Cigel* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTION HEARING**

Court in Session:  1:44 p.m.

Argument given on [24] Motion to Compel Arbitration.

The Court makes findings of fact, conclusions of law.

**ORDERED:  [24] Motion to Compel Arbitration is DENIED IN PART.**

> **Case is stayed for 30 days for the defendant to file a motion to compel arbitration in the Central District of California, Southern Division.  Further proceedings in this case may be stayed upon the filing of the motion, as indicated on the record.**
>
> **Each party to pay their own costs and fees.**

Court in Recess:  3:01 p.m.        Hearing concluded.        Total time in Court:  01:17